IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:99CR30244-001-DRH |
| | ) |
| Juan M. Rios, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on a Motion to Dispose of Property filed by the United States and it appearing to the Court that the Motion is reasonable and proper and should be approved.

WHEREFORE, It is ORDERED that the Clerk's Office be authorized to destroy or otherwise dispose of the following property: FOID card which expired in 2004, FOID card which expired in 1986 and an empty passport holder.

DATED: May 10, 2006

/s/     David   RHerndon
U. S. DISTRICT JUDGE